# UNITED STATES DISTRICT COURT

# MIDDLE DISTRICT OF LOUISIANA

JANA HOFFMAN

VERSUS

CINDY M. ELLENDER AND STATE
FARM FIRE AND CASUALTY COMPANY

CIVIL ACTION

NO. 15-309-JWD-RLB

# **O P I N I O N**

After independently reviewing the entire record in this case and for the reasons set forth in the Magistrate Judge's Report dated July 22, 2015, to which an objection was filed:

**IT IS ORDERED** that Defendant's Motion to Strike (R. Doc. 6) is **DENIED**.

**IT IS FURTHER ORDERED** that Plaintiff's Motion to Remand (R. Doc. 2) is **DENIED**.

**IT IS FURTHER ORDERED** that Defendant's Motion to Dismiss (R. Doc. 7) is **GRANTED**, and the claims against defendant Cindy M. Ellender are **DISMISSED with prejudice.**

Signed in Baton Rouge, Louisiana, on August 12, 2015.

JUDGE JOHN W. deGRAVELLES
UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA