UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

JANA HOFFMAN

VERSUS

STATE FARM FIRE & CASUALTY COMPANY, ET AL.

CIVIL ACTION

NO. 15-309-JWD-RLB

CONSOLIDATED WITH

**RAY GRIMMER**

VERSUS

**STATE FARM FIRE & CASUALTY COMPANY**

CIVIL ACTION

NO. 15-473-JWD-RLB

This Document Pertains to
NO.15-473-JWD-RLB

## OPINION

After independently reviewing the entire record in this case and for reasons set forth in the Magistrate Judge's Report issued December 4, 2015 to which no objection was filed:

**IT IS ORDERED** that the *Grimmer* action be **REMANDED** to the 18th Judicial District Court, Iberville Parish, Louisiana for lack of subject matter jurisdiction.

Signed in Baton Rouge, Louisiana, on December 28, 2015.

**JUDGE JOHN W. deGRAVELLES
UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA**

18th JDC